UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ralph Strange</u>

    v.                                Civil No. 03-cv-080-JD

<u>Jo Ann Barnhart, Commissioner,</u>
<u>Social Security Administration</u>

<u>O R D E R</u>

Judgment for the plaintiff shall be entered in accordance with the decision of the Administration Law Judge dated June 23, 2005.

SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

March 22, 2006

cc:  David L. Broderick, Esquire
     Raymond J. Kelly, Esquire